# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRY M. TURNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:12CV561 JAR |
| UNKNOWN MULL, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to amend his complaint by interlineation (ECF NO. 31). The Court does not accept amendments by interlineation. If plaintiff wishes to amend his complaint, he must include with his motion to amend a proposed complaint that includes each and every claim he wishes to bring against every defendant in this action. Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend [31] is **DENIED** without prejudice.

Dated this 21st day of August, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE