UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY M. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:12CV561 JAR |
| | ) | |
| SIDNEY MULL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff=s Motion for Appointment of Counsel, filed on March 11, 2014 (ECF No. 126). The Court notes that Plaintiff filed a Notice of Appeal in this case on March 7, 2014. (ECF No. 124). Therefore, the Court lacks jurisdiction to rule on Plaintiff's Motion for Appointment of Counsel. Plaintiff must file a request for counsel related to his appeal in the Eighth Circuit Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff=s Motion for Appointment of Counsel [126] is **DENIED**.

Dated this 11th day of March, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE